IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BETTY DEAN-HIGHTOWER,

    Plaintiff,

v.                               CASE NO. 4:18cv128-RH/CAS

CORPORAL MATTHEW KIRKLAND,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 6, and the objections, ECF No. 7. I have reviewed de novo the issues raised by the objections.

Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The plaintiff's claim is dismissed with prejudice." The clerk must close the file.

SO ORDERED on May 19, 2018.

                              s/Robert L. Hinkle
                              United States District Judge